**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

-vs- Case No.: 8:26-cr-00165-SDM-AEP

REBECCA STEWART VAUGHN,

Defendant,
___________________________________/

## CLERK'S MINUTES

Proceeding: Initial Appearance and Arraignment
*Courtroom 12B*

| | |
|---|---|
| Judge: Christopher P. Tuite, U.S. Magistrate Judge | Date: May 7, 2026 |
| Deputy Clerk: Ashley Sanders | Time: 2:18 p.m. |
| USPO: Charlene Cohen | Recess: 2:35 p.m. |
| Court Reporter: Digital | Total Time: 17 min |
| Interpreter: none | |

---

Counsel for USA: Matthew Del Mastro, AUSA
Counsel for Defendant: Jessica Casciola, AFPD

---

Court calls case and counsel enters appearances.

Court advises of certain constitutional rights. Defendant understands.

Oral motion for counsel. Court reviews completed financial affidavit. Court appoints Federal Public Defender's Office.

Court advises of charges contained in Indictment. Defendant waives full and formal reading, enters a plea of not guilty, moves to participate in discovery. Government moves for reciprocal discovery.

BOND: Government: not seeking detention.

Defendant: moves for release.

Court releases Defendant on the standard conditions of release and the following special conditions: report to pretrial, seek/maintain employment and provide proof of social security benefits, surrender passport, not obtain new travel documents, travel restricted to MDFL, mental health eval/treatment, no firearms, not assume caretaking responsibilities of anyone over 50.

Trial set for July 6 trial term before Judge Merryday. Status reports due by the 10th of each month.

Oral due process order pronounced.

Recess.