AO 442 (Rev. 11/11) Arrest Warrant

MAY 7 2026 PM1:30
FILED - USDC - FLMD - TPA

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

RECEIVED U.S. MARSHALS
2026 APR 30 PM1:35

United States of America
v.
REBECCA STEWART VAUGHN

Defendant

Case No. 8:26-cr-165-SOM-AEP

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* REBECCA STEWART VAUGHN,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Wire Fraud, in violation of 18 U.S.C. § 1343
Theft of Governament Property, in violation of 18 U.S.C. § 641

Date: April 29, 2026

[signature]
*Issuing officer's signature*

City and state: Tampa, Florida

ELIZABETH WARREN, Clerk, United States District Court
*Printed name and title*

**Return**

This warrant was received on *(date)* 4/29/2026, and the person was arrested on *(date)* 5/7/26
at *(city and state)* TAMPA, FL.

Date: 5/7/2026

[signature]
*Arresting officer's signature*

CHRISTIAN HUMMEL, SPECIAL AGENT
*Printed name and title*