UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA**

**v.** **Case No: 8:26-CR-165-SDM-AEP**

**REBECCA STEWART VAUGHN**
_______________________________________/

## DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL AND EXTEND PRETRIAL MOTION DEADLINE

**COMES NOW**, the Defendant, Rebecca Stewart Vaughn, by and through his undersigned counsel, Ashley Allen, and moves to continue the trial currently scheduled for the October Trial term to the November Trial Term and extend the pretrial motion deadline for an additional 30 days. As grounds for this motion, the following is offered:

1. On April 29, 2026, Ms. Vaughn was charged by Indictment with four counts of wire fraud and one count of theft of government property. All in violation of 18 U.S.C. § 1343 and 18 U.S.C. §§ 641 and 2. (Doc. 1)

2. On May 7, 2026, Ms. Vaughn made her initial appearance and was ordered released. (Docs. 7 and 9)

3. Undersigned counsel filed a Notice of Appearance on May 11, 2026. (Doc. 13)

4. On August 7, 2026, an order was entered by this Honorable Court

scheduling the above styled matter for the October Trial Term. (Doc. 21)

5. Undersigned counsel requires additional time to complete plea negotiations and, should the matter be resolved short of trial, to conduct the necessary plea hearing. Despite the exercise of due diligence, counsel requires additional time to adequately pursue and finalize a potential resolution by way of plea. Accordingly, undersigned counsel respectfully requests that the current trial term be extended an additional thirty (30) days, to the November 2026 trial term.

6. Undersigned counsel has spoken with Assistant United States Attorney Matthew Del Mastro, who does not oppose this motion.

## MEMORANDUM OF LAW

Local Rule 3.08 provides that a continuance may be allowed by order of the Court for good cause shown. Counsel has presented good cause for the granting of the requested continuance. Additionally, the failure to grant this continuance would deny defense counsel the reasonable time necessary for effective preparation, considering the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv). Finally, 18 U.S.C. § 3161(h)(8) provides that any period of delay resulting from a continuance at the defendant's request shall be excluded from speedy trial calculations if the judge finds that the ends of justice outweigh the best interests of the public and the defendant in a speedy trial. The ends of justice warrant a continuance in this case.

WHEREFORE, the Defendant, Rebecca Stewart Vaughn, respectfully request the Court continue the trial term from October 2026 to November 2026 and extend the deadline for pretrial motions by 30 days.

DATED this 17th day of September 2026.

CHARLES PRITCHARD, JR.
FEDERAL DEFENDER

***/s/ Ashley G. Allen***
Ashley G. Allen, Esq.
Florida Bar No. 125638
Assistant Federal Defender
Office of the Federal Defender
400 N. Tampa Street
Suite 2700
Tampa, Florida 33602
Telephone: (813) 228-2715
Email: ashley_allen@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of September 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

***/s/ Ashley G. Allen***
Ashley G. Allen, Esq.
Assistant Federal Defender