**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

**v.** **Case No. 8:26-cr-165-SDM-AEP**

**REBECCA STEWART VAUGHN**

---

**Consent to Institute a Presentence Investigation and Disclose the Report Before Conviction or Plea of Guilty**

I, **REBECCA STEWART VAUGHN,** hereby consent to a presentence investigation by the probation officers of the United States District Courts. I understand and agree that the report of the investigation will be disclosed to the judge and the attorney for the government, as well as to my attorney and me, so that the judge may consider it in deciding whether to accept a plea agreement that I may have reached with the government.

I have read, or had read to me, the foregoing consent and fully understand it.

Dated: October 22, 2026

Defendant

Dated: October 22, 2026

Defense Counsel