**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**8
**CLERK'S MINUTES**

| | | | |
|---|---|---|---|
| **CASE NO.** | 8:26-cr-165-SDM-AEP | **DATE:** | October 22, 2026 |
| **HONORABLE ANTHONY E. PORCELLI** | | **INTERPRETER:** | N/A |
| UNITED STATES OF AMERICA<br>v.<br>REBECCA STEWART VAUGHN | | **LANGUAGE:** | |
| | | **GOVERNMENT COUNSEL**<br>Matthew Del Mastro | |
| | | **DEFENSE COUNSEL**<br>Ashley Allen AUSA | |
| **COURT REPORTER:** Digital | | **DEPUTY CLERK:** | Octavia Jarnegan |
| **TIME:** 11:11 am – 11:47 am | **TOTAL:** 36 minutes | **COURTROOM:** | 10A |

**PROCEEDINGS: GUILTY PLEA PROCEEDINGS**

Defendant sworn. Notice of essential elements, filed.

Factual basis established.

Plea of guilty entered as to Counts One, Two, Three, Four, and Five of the Indictment.

Adjudication of guilt deferred.

Referred to probation for pre-sentence investigation.

Sentencing scheduled for: to be determined.

Defendant – bond continued.