# IMPORTANT NOTICE

A continuance granted too near a scheduled sentencing results in waste of resources. Counsel's obligation to the court includes due diligence in seeking a continuance. Except in the most acute circumstances, counsel must seek a continuance, including **every continuance premised on a defendant's cooperation with law enforcement**, within thirty days after service of this order. Every motion for a continuance shall include a statement of the other party's support or opposition to the proposed continuance.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. CASE NO: 8:26-cr-165-SDM-AEP

REBECCA STEWART VAUGHN
_________________________________/

ACCEPTANCE OF PLEA OF GUILTY
AND ADJUDICATION OF GUILT

Based on the results of a hearing under Rule 11, Federal Rules of Criminal Procedure, the United States Magistrate Judge's report recommends acceptance of the defendant's plea of guilty. No timely objection appears. A review of the record confirms that the requirements of Rule 11 are satisfied. The defendant's plea of guilty to Counts One, Two, three, Four, and Five of the Indictment is **ACCEPTED,** and the defendant is adjudged **GUILTY**.

The sentencing will occur on **January 25, 2027**, at **9:00 a.m.** in Courtroom 15A of the United States Courthouse, 801 N. Florida Avenue, Tampa, Florida 33602-3800.

ORDERED in Tampa, Florida, on November 10, 2026.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

TO: Counsel of Record
U.S. Probation Office
U.S. Marshal Service
U.S. Pretrial Service